**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CRISTIAN H. CANO,

    Plaintiff,

v.                                            Case No: 6:16-cv-1023-Orl-40KRS

CRAB ADDISON, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on the Amended Joint Motion for Settlement Approval and Dismissal with Prejudice (Doc. 23) filed on August 29, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 28, 2016 (Doc. 30), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion for Settlement Approval and Dismissal with Prejudice (Doc. 23) is **GRANTED IN PART**.

3. The Court **FINDS** that the parties' amended settlement agreement (Doc. 23-1) is a fair and reasonable resolution of a *bond fide* dispute under the FLSA.

4. The Court **DECLINES** to reserve jurisdiction to enforce the amended settlement agreement.

5. Counsel is **PROHIBITED** from withholding any portion of the $1,100.00 payable to Plaintiff pursuant to a contingent fee agreement or otherwise.

6. The case is **DISMISSED WITH PREJUDICE**.

7. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on November 15, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties